UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN FELIX,

    Defendant.

Case No.  CR04-372L

ORDER CONTINUING TRIAL DATE

This matter comes before the Court on the joint motion to continue trial date (Dkt. # 50). Based on the records and files herein, the joint motion of the parties, and the April 21, 2005 status conference, the Court finds that:

    1.    The trial in this matter is scheduled for April 25, 2005;

    2.    On March 8, 2005, defendant filed an ex parte motion for new counsel (Dkt. # 44). That motion was granted on March 11, 2005 (Dkt. # 47), and current defense counsel, Mr. Robert W. Goldsmith, was appointed to represent defendant on March 24, 2005 (Dkt. # 48);

    3.    At the April 21, 2005 status conference, Mr. Goldsmith informed the Court that he has not had an opportunity to interview witnesses or otherwise fully prepare for trial in this matter. The parties have further informed the Court that Mr. Goldsmith has a trial in another matter scheduled to begin on April 25, 2005, the same day that this trial is scheduled to begin;

ORDER CONTINUING TRIAL DATE    1

1    4.	After having conferred with counsel, defendant informed the Court that he
2 understood the reasons for a continuance and stipulated to the need for a continuance until June
3 1, 2005, with the understanding that the trial would be scheduled for May 23, 2005;
4    5.	The government consents to the continuance;
5    6.	The ends of justice outweigh the best interest of the public and the defendant in a
6 speedy trial.  Failure to grant a continuance would deny defense counsel adequate time to
7 prepare the matter for trial and, in light of the scheduling conflict with the current trial date,
8 jeopardize the continuity of counsel.
9    For all the foregoing reasons, IT IS HEREBY ORDERED that the trial date is continued
10 from April 25, 2005 to May 23, 2005 .
11    IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section
12 3161(h), the period of time from the date of this order to June 1, 2005 is excluded in the
13 computation of time under the Speedy Trial Act.
14
15    DATED this 21st day of April, 2005.

_____
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL
DATE                                                    2