UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN G. FELIX,

        Defendant.

Case No. CR04-372 RSL

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 12, 2008. The defendant appeared following a summons issued in this case. The United States was represented by Jill Otake, and Defendant was represented by Robert Goldsmith. Also present was U.S. Probation Officer Jerrod Akins. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on September 9, 2005 by the Honorable Robert S. Lasnik for possession of a stolen firearm. He received 58 months of imprisonment and three years of supervised release.

## PRIOR VIOLATION

On May 13, 2008 a violation report was submitted alleging defendant had used cocaine on

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

May 6, 2008. The court approved the probation office's request for no action on May 19, 2008.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated May 16, 2008, Supervising U.S. Probation Officer Jerrod Akins alleged that defendant violated the following conditions of supervised release:

1. Consuming cocaine on or before June 30, 2008, in violation of standard condition number seven.

2. Consuming cocaine on or before July 7, 2008, in violation of standard condition number seven.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing before Chief District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing. No request for detention was made and the defendant remains in the community subject to all previously imposed conditions of supervision pending disposition.

DATED this 12th day of August, 2008.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2